United States District Court
Southern District of Texas
**ENTERED**
April 06, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. H-23-0122 |
| B.H. 211 FM 1960, LLC, | § |
| Defendant. | § |

## ORDER

On April 6, 2023, the Plaintiff, Salvador Segovia, Jr., filed a Notice of Settlement (docket no. 9) announcing that a settlement has been reached in this action with Defendant, B.H. 211 FM 1960, LLC. Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within thirty (30) days of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 6th day of April, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE